THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Kathy Williams, Appellant.
 
 
 

Appeal From Richland County
 Kenneth G. Goode, Circuit Court Judge
Unpublished Opinion No.  2010-UP-434
Submitted October 1, 2010  Filed October
 12, 2010
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Kathy Williams appeals the denial of her motion to
 withdraw a guilty plea to use of a vehicle without permission with intent to
 deprive.  She argues the circuit court abused its discretion because (1) she
 was sentenced on an incorrect indictment and (2) the charge had been reduced to
 use of a vehicle without permission for temporary purposes.   After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL DISMISSED.
FEW, C.J., HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.